IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

TYLER FEE, )
 )
        Plaintiff, )
 )
v. ) Case No. 15-06130-CV-SJ-GAF
 )
ADVANCED CORRECTIONAL )
HEALTHCARE, INC., et al., )
 )
        Defendants. )

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand (Doc. # 39) is GRANTED and the case is remanded to the Circuit Court for Buchanan County, Missouri.

May 3, 2016                                Paige Wymore-Wynn
Dated                                           Acting Clerk of Court

May 4, 2016                                /s/ Terri Moore
Entered                                          (by) Deputy Clerk